AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

John Doe, a/k/a
Ivan Vazquez-Gonzalez,
a/k/a Ivan G. Vazquez

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 98-mj0077-LPC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 30, 1998__ in __Essex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

did willfully and knowingly make a false statement on an application for a United States Passport with the intent to induce or secure the issuance of a passport under the authority of the United States, either for his use or the use of another

in violation of Title __18__ United States Code, Section(s) __1542__.

I further state that I am a(X) __Special Agent, Dept. of State__ and that this complaint is based on the following
                                     Official Title
facts:

See attached affidavit of Steven W. Iverson

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
STEVEN W. IVERSON

Sworn to before me and subscribed in my presence,

__December 1, 1998__ at __Boston, MA__
Date                                                          City and State

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT OF STEVEN W. IVERSON

I, Steven W. Iverson, having been duly sworn, is hereby deposed and states as follows:

1. I am a Special Agent of the United States Department of State Diplomatic Security Service ("DDS") and have been so employed for twelve years, two months. I am assigned to investigate persons who have provided or included false information on passport applications.

2. On June 30, 1998, an individual using the name of Ivan G. Vazquez, Social Security number 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, and a date and place of birth of November 12, 1958, Rio Piedras, Puerto Rico, applied for a U.S. Passport at the Haverhill, Massachusetts Post Office (thereinafter, the "APPLICANT"). A copy of the application is attached hereto as Exhibit A. As proof of citizenship, the APPLICANT presented a genuine Puerto Rican Birth Certificate in the name Ivan Vazquez-Gonzalez, and Massachusetts Drivers License number 583067390, as proof of identity. The drivers license also indicated that APPLICANT'S name was Ivan G. Vazquez, and date of birth was November 12, 1958. (A copy of the birth Certificate is attached hereto as Exhibit B.) As required, the APPLICANT submitted two current photos of himself with the application.

3. The APPLICANT'S application contained several fraud indicators which were identified by Duncan Maitland, the Passport Agency Fraud Coordinator. Consequently, the application was

referred to the Diplomatic Security Service's Boston Field Office for Investigation.

4. Investigation revealed that the true Ivan Vazquez-Gonzalez, whose birth certificate was submitted in support of the Vazquez application, died on December 28, 1993, in Rio Piedras, Puerto Rico. A photocopy of the death Certificate is attached hereto as Exhibit C. A comparison of the APPLICANT'S passport application, the Vazquez-Gonzalez Birth Certificate the APPLICANT submitted with the application, and the Death Certificate of Ivan Vazquez-Gonzalez, show the same date of birth (November 12, 1958), the same Social Security Number (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) (except on the Birth Certificate, which contains no Social Security Number), the same father's name (Felix Vazquez) and the same mother's name (Manuel Gonzalez). Based on the foregoing, I have probable cause to believe that the APPLICANT, a/k/a JOHN DOE, identifying himself as Ivan Vazquez-Gonzalez and Ivan G. Vazquez, did willfully and knowingly make a false statement on an application for a United States passport with intent to induce or secure the issuance of a passport under the authority of the

United States, either for his own use or for the use of another, in violation of 18 U.S.C. §1542.

*[signature]*
STEVEN W. IVERSON
Special Agent,
U.S. Department of State
Bureau of Diplomatic Security

Subscribed and sworn to before me this 1st day of December 1998.

*[signature]*
LAWRENCE P. COHEN
United States Magistrate Judge

3

APPLICATION FOR [X] PASSPORT [ ] REGISTRATION
SEE INSTRUCTIONS — TYPE OR PRINT IN INK IN WHITE AREAS

1. NAME
   FIRST NAME: Ivan
   MIDDLE NAME: G
   LAST NAME: Vazquez

2. MAILING ADDRESS
   STREET: 11-A Charles Street
   CITY, STATE, ZIP CODE: Haverhill, MA 01830
   COUNTRY: USA
   IN CARE OF:

   [ ] 5 Yr. [X] 10 Yr.
   Issue Date: _____
   Exp.: _____

   102851864

3. SEX: [X] Male [ ] Female
4. PLACE OF BIRTH: Rio Piedra, Puerto Rico
5. DATE OF BIRTH: 11/2/58
6. SOCIAL SECURITY NUMBER: 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

7. HEIGHT: 5'9"
8. COLOR OF HAIR: Black
9. COLOR OF EYES: Brown
10. HOME PHONE: 978-521-4957
11. BUSINESS PHONE: 
12. PERMANENT ADDRESS: 11-A Charles St, Haverhill, MA 01830
13. OCCUPATION: Sub-Contractor

14. FATHER'S NAME: Felix Vazquez
    BIRTHPLACE: P.R.
    BIRTH DATE: 1924
    U.S. CITIZEN: [X] YES [ ] NO

15. MOTHER'S MAIDEN NAME: Manuela Gonzalez
    BIRTHPLACE: P.R.
    BIRTH DATE: 1940
    U.S. CITIZEN: [X] YES [ ] NO

16. TRAVEL PLANS
    COUNTRIES: Europe, Spain

17. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT? YES [ ] NO [X]

18. HAVE YOU EVER BEEN MARRIED? YES [ ] NO [X]
    WIDOWED/DIVORCED? YES [ ] NO [ ]

21. Signed: Ivan Vazquez
    Date: 11/30/98
    Haverhill, MA 01830

22. APPLICANT'S IDENTIFYING DOCUMENTS: [X] DRIVER'S LICENSE
    EXPIRATION DATE: 11/2/98
    PLACE OF ISSUE: MA
    No. 583067390
    ISSUED IN THE NAME OF: Ivan G Vazquez

23. FOR ISSUING OFFICE USE ONLY
    [X] Birth Cert. CR
    No. 58/86

24. $60 MB
    Ex. A

FORM DSP-11 (12-87)

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## (COMMONWEALTH OF PUERTO RICO)

### DEPARTAMENTO DE SALUD
### (DEPARTMENT OF HEALTH)
### DIVISION DE REGISTRO DEMOGRAFICO
### (DIVISION OF DEMOGRAPHIC REGISTRY)

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE SALUD
NEGOCIADO DE REGISTRO DEMOGRAFICO Y ESTADISTICAS

## Certificado de Nacimiento

**NUMERO REGISTRO LOCAL**
- NUM. REGISTRO: 60
- NUM. CERTIFICADO: 4361

**NUMERO DEL NACIMIENTO**
- NUMERO TERRITORIO: 152
- AÑO: 58
- NUMERO DE SERIE: 60-4361

**1. LUGAR DEL NACIMIENTO**
- a. Municipio: Río Piedras, P. R.
- b. Barrio: (Urbana)
- c. Nombre Completo del Hospital o Institución: Hospital de Maternidad

**2. RESIDENCIA HABITUAL DE LA MADRE**
- a. Municipio: Río Piedras
- b. Estado o País: Puerto Rico
- c. Barrio: Sabana Llana — Poblado: Parcelas (Urbana)

**3. NOMBRE DEL NIÑO:** Iván Vázquez González
**4. Sexo:** Varón — Sencillo
**5. Hora y Fecha del Nacimiento:** 11:30 PM, 11 / 12 / 1958

### DATOS SOBRE EL PADRE DEL NIÑO
- **7. Nombre y Apellidos:** Félix Vázquez
- **7a. Residencia:** Río Piedras
- **8. Color o Raza:** N
- **9. Edad:** 34 años
- **10. Natural de:** (a) Municipio: San Juan (b) Estado o País: P. R.
- **11a. Ocupación Habitual:** Mecánico-Construc.
- **11b. Clase de Negocio o Industria:** Home Building Corp.
- **11c. Fecha en que Trabajó por Última Vez:** Continúa
- **11d. Años que Trabajó en Esta Ocupación:** 1 año

### DATOS SOBRE LA MADRE DEL NIÑO
- **12. Nombre y Apellidos de Soltera:** Manuela González
- **12a. Ocupación Habitual:** Ama de casa
- **12b. Clase de Negocio o Industria:** Su casa
- **12c. Fecha en que Trabajó por Última Vez:** Continúa
- **12d. Años que Trabajó en esta Ocupación:** 4 años
- **13. Color o Raza:** Mulata
- **14. Edad:** 18 años
- **15. Natural de:** a. Municipio: Río Piedras b. Estado o País: P. R.
- **16. Otros Hijos de la Misma Madre:** (a) ¿Cuántos viven en la actualidad? 1

- **17a. Informante:** Nombre: Félix Vázquez — Firma: Félix Vázquez
- **17b. Relación con el Niño:** padre
- **18a. Persona que Atendió el Parto:** Dr. Sellés
- **18b. Atendió en su carácter de:** Médico
- **18c. Dirección Exacta de la Persona que Atendió el Parto:** Hospital de Maternidad
- **18d. Fecha de la Firma:** 11 / 25 / 58
- **Fecha de Registro:** 11 / 25 / 1958
- **21. Fecha de Expedición:** 11 / 12 / 58

PARA PROPOSITOS MEDICOS, SANITARIOS O LEGALES EXCLUSIVAMENTE

CERTIFICAMOS: que la que antecede es una copia fiel y exacta de un certificado original archivado bajo nuestra custodia en la División de Registro Demográfico del Departamento de Salud de Puerto Rico y que las correcciones que puedan aparecer en dicho certificado original aquí fotografiado son correcciones Bona-Fide hechas de acuerdo con las leyes que para tales fines rigen en Puerto Rico.

THIS IS TO CERTIFY: that this is a true copy of an original certificate on file in our custody in the Division of Demographic Registry of the Department of Health of Puerto Rico and that the corrections that may appear in the original certificate here photostatically reproduced are Bona-Fide corrections made in accordance to what our statutes prescribes in such cases.

Luis Izquierdo Mora, MD
Secretario de Salud
Secretary of Health

MAY 28 1986

Mercedes Ortiz de M.
Director, División
Director, Division of Demographic Registry

San Juan, Puerto Rico

A1656241
Exp. de Copias
Núm. 19

Ex.B

ADVERTENCIA: Es ilegal alterar o falsificar esta copia.
WARNING: It is illegal to alter or counterfeit this copy.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
(COMMONWEALTH OF PUERTO RICO)

DEPARTAMENTO DE SALUD
(DEPARTMENT OF HEALTH)

**REGISTRO DEMOGRAFICO**
(DEMOGRAPHIC REGISTRY)

CERTIFICACION DE DEFUNCION
(CERTIFICATION OF DEATH)

NUMERO A076440

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-93-03218-026912-001217

NOMBRE DEL FALLECIDO (DECEASED NAME)
IVAN VAZQUEZ GONZALEZ

SEGURO SOCIAL (SOCIAL SECURITY)          SEXO (SEX)
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                               M

ESTADO CIVIL (MARITAL STATUS)
NUNCA SE CASO (NEVER MARRIED)

FECHA DEFUNCION (DEATH DATE)              FECHA REGISTRO (REGISTRATION DATE)
07 DIC 1993                               28 DIC 1993

LUGAR DEFUNCION (DEATH PLACE)             CAUSA DE MUERTE (CAUSE OF DEATH)
RIO PIEDRAS, PUERTO RICO                  HTLV III/LAV CAUS INFECT

FUE EMBALSAMADO? (WAS EMBALMED?)
NO FUE EMBALSAMADO (NOT EMBALMED)

FECHA NACIMIENTO (BIRTH DATE)             EDAD (AGE)
12 NOV 1958                               35 AÑOS

LUGAR NACIMIENTO (BIRTH PLACE)
RIO PIEDRAS, PUERTO RICO

NOMBRE DEL PADRE (FATHER'S NAME)          NOMBRE DE LA MADRE (MOTHER'S NAME)
FELIX VAZQUEZ                             MANUELA GONZALEZ

FECHA EXPEDICION (DATE ISSUED)
18 SEP 1998

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE DEFUNCION OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORD FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DEPARTAMENTO DE SALUD
GOBIERNO DE PUERTO RICO

SALUD
Dando Salud... a tu Vida.

OFICIAL

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

Dando Salud... a tu Vida.

**ADVERTENCIA:** Cualquier alteración o borradura cancela esta certificación.

Ex. C

**WARNING:** Any alteration or erasure voids this certification.